**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **LUIS ALFONSO RAMIREZ,** *aka Poncho, aka Og Poncho,* | : | **CASE NO:** |
| **JACQUEZ LATRON FRANKS,** | : | **7:26-cr-14–WLS-ALS** |
| **RAMIRO VILLA CHAVEZ,** *aka Milton Suarez-Perez,* | : | |
| **MISAEL BENITEZ BUSTOS,** | : | |
| **ALEJANDRO RENTERIA BLANCO,** | : | |
| **BERGIN ZEYLAYA FLORES, and** | : | |
| **MONIQUE RENEE BURTON,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Before the Court is a Motion for Continuance and Extension of the Speedy Trial Act (Doc. 97) ("Motion") filed on behalf of Defendant Ramiro Villa Chavez, aka Milton Suarez-Perez ("Chavez"). Therein, Chavez requests the Court continue his trial in this matter. In response to the Motion, the Government indicates it does not oppose the Motion. (*See* Doc. 98). However, the Government requests that if the Motion is granted that the trial of Chavez's Co-Defendants: Luis Alfonso Ramirez, Jacquez Latron Franks, Misael Benitez Bustos, Alejandro Renteria Blanco, and Monique Renee Burton (collectively "Co-Defendants") be continued to the same trial term as Chavez's trial is continued.[1] Since filing the Motion, the Court has been advised by Chavez's counsel that Chavez has decided to enter into a plea agreement with the Government. A change of plea hearing is scheduled for December 3, 2026.

Based on the foregoing, Chavez will not be going to trial, and thus, the Court finds that Chavez's Motion is moot. The Court further finds that the Government's request to continue the trials of the Co-Defendants for reason of Chavez's Motion is also moot.

---

[1] Defendant Bergin Zeylaya Flores has not been arrested nor arraigned as of the entry of this Order and is, thus, not included in the list of Co-Defendants.

Accordingly, Chavez's Motion for Continuance and Extension of the Speedy Trial Act (Doc. 97) is **DENIED AS MOOT**. Further, the Government's request to continue the trials of the Co-Defendants is **DENIED AS MOOT**. Absent appropriate motions filed on behalf of the Co-Defendants their trials will remain on the Court's Valdosta February 2027 trial docket.

**SO ORDERED**, this 10th day of November 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**